142 So. 920

### Etta CHANDLER v. STATE.
### 8 Div. 553.

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Affirmed.

145 So. 916

### Charlie CHANDLER v. STATE.
### 7 Div. 951.

Court of Appeals of Alabama.
Jan. 17, 1933.

SAMFORD, J.
Affirmed.

148 So. 917

### John CHASTAIN v. STATE.
### 8 Div. 641.

Court of Appeals of Alabama.
April 18, 1933.

Rehearing Denied May 9, 1933.

Wm. C. Rayburn, of Guntersville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

The evidence was in conflict. The testimony for the state made a clear case under either count of the indictment. The motion to exclude the evidence was properly overruled.

We have examined the record, and find no reversible error, and the judgment is affirmed.

Affirmed.

146 So. 917

### Barlow CHEATWOOD v. STATE.
### 7 Div. 950.

Court of Appeals of Alabama.
Feb. 21, 1933.

BRICKEN, Presiding Judge.
Affirmed.

145 So. 916

### John CHEATWOOD v. STATE.
### 7 Div. 948.

Court of Appeals of Alabama.
Jan. 17, 1933.

SAMFORD, J.
Affirmed.

144 So. 919

### Raz, alias Ras, CLARK and Buckshot Clark v. STATE.
### 4 Div. 969.

Court of Appeals of Alabama.
Dec. 14, 1932.

PER CURIAM.
Appeal dismissed on motion of appellants.

146 So. 917

### Henry CLAY v. STATE.
### 8 Div. 593.

Court of Appeals of Alabama.
Feb. 7, 1933.

RICE, Judge.
Affirmed.